An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
JOSE BARRERAS,
Respondent.

No. 62721

**FILED**

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

We lack jurisdiction to consider this appeal because only a defendant "may appeal from a final judgment or verdict in a criminal case." NRS 177.015(3). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Jessie Elizabeth Walsh, District Judge
Attorney General/Carson City
Clark County District Attorney
Driggs Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10411